IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA DENISE BEY

:

v.

:

CIVIL ACTION NO. 02-2787

:

DONALD KELCHNER, ET AL.

:

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable ARNOLD C. RAPOPORT, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
HARVEY BARTLE, III, J.

civrr