IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                               :
TANYA DENISE BEY,              :   CIVIL ACTION
                               :
        Petitioner,            :
                               :
        v.                     :   NO. 02-2787
                               :
DONALD KELCHNER, et al.        :
                               :
        Respondent.            :
_____:
```

**ORDER**

AND NOW, this        day of July, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED that the District Attorney of Montgomery County, Pennsylvania shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM OF LAW IN SUPPORT THEREOF SPECIFICALLY ADDRESSING THE ISSUES RAISED IN THE PETITION AND SUPPORTED BY APPROPRIATE FEDERAL CASE LAW** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE