IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA DENISE BEY,   :  CIVIL ACTION
   PETITIONER

   VS.     :

DONALD KELCHNER, ET AL, :  NO.  02-2787
   RESPONDENT

COMMONWEALTH/RESPONDENT'S
MOTION FOR ADDITIONAL TIME TO FILE ANSWER

TO THE HONORABLE ARNOLD C. RAPOPORT, UNITED STATES
MAGISTRATE, JUDGE:

   The District Attorney of Montgomery County, Bruce L. Castor, Jr.,
by his Deputy District Attorney, Mary MacNeil Killinger, makes the
following motion for additional time to file an answer to petition for Writ
of Habeas Corpus in the above-captioned matter:

   1.  The District Attorney of Montgomery County, in an Order dated
July 16, 2002, was directed to answer the petition of Tanya Denise Bey
for a Writ of Habeas Corpus and to file a memorandum of Law by August
5, 2002.

   2.  The District Attorney of Montgomery County will not be able to
file the answer and Memorandum of Law by August 5, 2002 because of a
backlog in Commonwealth and Federal briefs and the vacation schedules
of members of Appellate Division.

WHEREFORE, the District Attorney of Montgomery County, through his Deputy District Attorney, requests that this Honorable court grant an extension of time until August 23, 2002.

RESPECTFULLY SUBMITTED,


_____
MARY MACNEIL KILLINGER
DEPUTY DISTRICT ATTORNEY
CHIEF, APPELLATE DIVISION

IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA DENISE BEY,                          :        CIVIL ACTION
                    PETITIONER            :
                                           :
            V.                             :
                                           :
DONALD KELCHNER, ET AL                     :        NO.    02-2787
                    RESPONDENT

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirement of the Federal Rules of Civil Procedure 5(b)(B), 5(b)(2)(D) and 12.

FIRST CLASS MAIL                          ELECTRONICALLY FILED

Tanya Denise Bey, Inmate #OE-0192          Michael E. Kunz, Chief Clerk
S.C.I., Muncy                              United States District Court
P.O. Box 180                               for the Eastern District
Muncy, PA 17756                            2609 U.S. Courthouse
                                           601 Market Street
                                           Philadelphia, PA 19106

Dated:  July 31, 2002

_____
MARY MACNEIL KILLINGER
DEPUTY DISTRICT ATTORNEY
CHIEF, APPELLATE DIVISION