IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA DENISE BEY, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 02-2787 |
| DONALD KELCHNER, et al. | |
| Respondent. | |

**ORDER**

AND NOW, this       day of September, 2002, it is hereby ORDERED that Respondent's Motion for Additional Time to File Answer is GRANTED nunc pro tunc.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE